UNITED STATES DISTRICT COURT

Northern District of California

SERENA TURCHIE,

                Plaintiff(s),                No. C 09-05019 MEJ

  v.

                                             **ORDER TO SHOW CAUSE**

EMC MORTGAGE,

                Defendant(s).

_____/

On December 2, 2009, the Defendants in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of January 14, 2010. (Dkt. #5.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by December 24, 2009. However, Plaintiff failed to file an opposition. Further, on December 7, 2009, the Court ordered the parties to consent to magistrate judge jurisdiction or request reassignment by December 17, 2009. Plaintiff failed to respond. Accordingly, the Court hereby VACATES the January 14 hearing and ORDERS Plaintiff Serena Turchie to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by January 14, 2010, and the Court shall conduct a hearing on January 21, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: December 30, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge