UNITED STATES DISTRICT COURT

Northern District of California

SERENA TURCHIE,

        Plaintiff(s),

  v.

EMC MORTGAGE,

        Defendant(s).

_____/

No. C 09-05019 MEJ

**ORDER VACATING OSC**

**ORDER SCHEDULING HEARING RE: MOTION TO DISMISS**

On December 30, 2009, the Court ordered Plaintiff Serena Turchie to show cause why this case should not be dismissed for failure to prosecute. (Dkt. #9.) The Court is now in receipt of Plaintiff's counsel's declaration in response. (Dkt. #15.) Good cause appearing, the Court hereby VACATES the January 21, 2010 Order to Show Cause Hearing. As Defendants' motion to dismiss remains pending, the Court shall conduct a hearing on February 18, 2010. Plaintiff shall file her opposition by January 21, 2010, and Defendants shall have until February 4, 2010 to file any reply.

**IT IS SO ORDERED.**

Dated: January 14, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge