UNITED STATES DISTRICT COURT

Northern District of California

SERENA TURCHIE,

        Plaintiff(s),                    No. C 09-05019 MEJ

   v.

**ORDER VACATING CMC**

EMC MORTGAGE,

        Defendant(s).
_____/

    As Defendant's motion to dismiss is pending, the Court hereby VACATES the January 28, 2010 Case Management Conference and all related deadlines. After ruling on Defendant's motion, the Court shall reschedule the c.m.c., if necessary.

**IT IS SO ORDERED.**

Dated: January 19, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge