

**McCARTHY & HOLTHUS, LLP**
David C. Scott, Esq. (SBN: 225893)
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 685-4800
Facsimile: (619) 685-4811

Attorneys for Defendant,
Quality Loan Service Corporation

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA TURCHIE,<br><br>          Plaintiff,<br><br>v.<br><br>EMC MORTGAGE CORPORATION; SOUTHSTAR FUNDING; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; RJ EQUITY SOLUTIONS, INC.; LIONEL CLAYTON MONTEMAYOR, JR., FARSHID JEFF ASSIFI; RICHARD BARCKZIA, and DOES 1-20 inclusive,<br><br>          Defendants. | Case No. 3:09-cv-05019-MEJ<br><br>**OBJECTION TO PLAINTIFF'S OPPOSITION TO DEFENDANT QUALITY LOAN SERVICE CORPORATION'S DECLARATION OF NON-MONETARY STATUS** |

Quality Loan Service Corporation ("Quality") is named in this litigation because it is the trustee of the Deed of Trust, and in such capacity is advancing the nonjudicial foreclosure of real property. On November 19, 2009, Quality filed a Declaration of Nonmonetary Status pursuant to California Civil Code § 2924l, a copy of which is attached hereto as Exhibit 1. Civil Code § 2924l provides in part:

> [I]n the event that the trustee maintains a reasonable belief that it has been named in the action or proceeding solely in its capacity as trustee, and not arising out of any wrongful acts or omissions on its part in the performance of its duties as trustee, then, at any time, the trustee may file a declaration of nonmonetary status.

///

Cal. Civ. Code § 2924l(a). Once such a declaration is filed, the other parties to the action have fifteen (15) days in which to file an objection. Cal. Civ. Code § 2924l(c). If no objection is served within that time, the trustee is completely excused from further participation in the case. Cal. Civ. Code § 2924l(d). However, the trustee agrees to be bound by whatever judgment is entered by the Court, so long as the judgment does not provide for any monetary damages against the trustee. Cal. Civ. Code § 2924(b). If a declaration is filed pursuant to Civil Code § 2924l and no timely objections are received, the trustee is exempted from further participation in the case, including the filing of an answer.

## FACTUAL BACKGROUND

Quality's Declaration of Nonmonetary Status was served on the Plaintiff by mail on November 19, 2009, and it was filed with the United States District Court, for the Northern District of California on November 19, 2009. No objections were filed with the Court or served on Quality by any party within the fifteen (15) days provided for in Cal. Civ. Code § 2924l(c). As such, Quality filed a Notice of Non-Opposition to Quality's Declaration of Nonmonetary Status on January 7, 2010.

Plaintiff then filed an Opposition to Quality's Declaration of Nonmonetary Status ("Opposition") on January 15, 2010. However, the Opposition was filed fifty-seven (57) days after the filing date of Quality's Declaration of Nonmonetary Status, well outside the allowable timeframe for filing an objection, and eight (8) days after the filing date of Quality's Notice of Non-Opposition.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  Pursuant to Cal. Civ. Code § 2924, Quality is excused from further
2  participation in the case, including the filing of an answer.  Furthermore, Quality
3  respectfully requests this Court not consider Plaintiff's Opposition as it was
4  untimely filed per the requirements of Cal. Civ. Code § 2924l(c).

5  Dated:  January 27, 2010                Respectfully submitted,

                                           **McCARTHY & HOLTHUS, LLC**

8                                          By:   /s/ David Scott
                                           David Scott, Esq.
9                                          Attorneys for Defendant,
                                           Quality Loan Service Corporation

19  Dated: January 28, 2010

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Maria-Elena James]

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810