**UNITED STATES  DISTRICT COURT**

Northern District of California

SERENA TURCHIE,

               Plaintiff(s),             No. C 09-05019 MEJ

   v.

EMC MORTGAGE,                **SECOND ORDER TO SHOW CAUSE**

               Defendant(s).

_____/

On February 22, 2010, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of April 1, 2010.  (Dkt. #27.)  Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by March 11, 2010.  However, Plaintiff failed to file an opposition. The Court notes that this is the second time Plaintiff has failed to file a response to a pending motion in this case.  (*See* Dkt. #9.)  Accordingly, the Court hereby VACATES the April 1 hearing and ORDERS Plaintiff Serena Turchie to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines.  Plaintiff shall file a declaration by March 18, 2010, and the Court shall conduct a hearing on March 25, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

     **IT IS SO ORDERED.**

Dated: March 12, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**