# UNITED STATES DISTRICT COURT

## Northern District of California

SERENA TURCHIE

        Plaintiff(s),

  v.

EMC MORTGAGE

        Defendant(s).
_____/

No. C 09-05019 MEJ

**ORDER VACATING OSC**

    As this matter has been dismissed, the Court hereby VACATES the March 25, 2010 Order to Show Cause hearing.

**IT IS SO ORDERED.**

Dated: March 19, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge